1  Todd M. Friedman, Esq. (216752)
2  Darin Shaw, Esq. (251037)
   Law Offices of Todd M. Friedman, P.C.
3  369 S. Doheny Dr., #415
4  Beverly Hills, CA 90211
5  Phone: (877) 206-4741
   Fax: (866) 633-0228
6  tfriedman@AttorneysForConsumers.com
7  dshaw@attorneysforconsumers.com
   Attorneys for Plaintiff
8

FILED
DEC 01 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

9           UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  **ELSA CHAVEZ,**              ) Case No. 1:11-CV-01156-AWI-SKO
12         Plaintiff,             )
                                  ) **NOTICE OF VOLUNTARY**
13         vs.                    ) **DISMISSAL WITH PREJUDICE**
14                                )
    **EQUIANT FINANCIAL SERVICES,**)
15  **INC.,**                     )
16         Defendant.             )
17  _____)

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of
18
19  Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with
20  prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a
21
22  motion for summary judgment. Accordingly, this matter may be dismissed with
23  prejudice and without an Order of the Court.
24
    RESPECTFULLY SUBMITTED this 18th day of October, 2011.
25
26                     By:   s/Todd M. Friedman
                             Todd M. Friedman, Esq.
27                           Law Offices of Todd M. Friedman, P.C.
                             Attorney for Plaintiff
28

It is so Ordered. Dated: /2-/-//

_____
United States District Judge

Notice of Dismissal - 1